## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

TIFFANY MACK

        **Plaintiff**,

                            Civil Case No. 14-2503

vs.

**KANSAS COUNSELORS, INC,**
**EQUIFAX INFORMATION SERVICES, LLC,**

        **Defendants**.

### NOTICE OF DISMISSAL WITH PREJUDICE FOR DEFENDANT KANSAS COUNSELORS, INC.

COMES NOW Plaintiff Tiffany Mack, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby requests Plaintiff's claims as they pertain to Defendant Kansas Counselors, Inc., in the above-titled proceeding, be dismissed with prejudice, each party to bear its own costs, expenses and attorney fees.

Dated: March 18, 2015                            By: */s/ Ryan D. Knipp*
                                                                            Ryan D. Knipp #58782
                                                                            Patton & Knipp, LLC
                                                                            12760 W 87th St Pkwy, Suite 108
                                                                            Lenexa, KS 66215
                                                                            Phone: (913) 495-9998
                                                                            Fax: (888) 720-1985
                                                                            rknipp@pattonknipp.com

                                                                            **COUNSEL FOR PLAINTIFF**