# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**TIFFANY MACK**

        **Plaintiff**,

                                 **Civil Case No. 14-2503**

vs.

**KANSAS COUNSELORS, INC,**
**EQUIFAX INFORMATION SERVICES, LLC,**

        **Defendants**.

### STIPULATION OF DISMISSAL WITH PREJUDICE FOR DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

    COMES NOW Plaintiff Tiffany Mack and Defendant Equifax Information Services, LLC, by and through their respective counsel, and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims in the above-entitled proceeding be and hereby are dismissed with prejudice, each party to bear its own costs, expenses and attorney fees.

    //

1

        Respectfully submitted,

        /s/ Ryan D. Knipp
        Ryan D. Knipp, #23225
        Patton & Knipp, LLC
        12760 W 87th St Pkwy, Suite 108
        Lenexa, KS 66215
        Phone: (913) 495-9998
        Fax:    (888) 720-1985
        rpatton@pattonknipp.com
        Attorney for Plaintiff

        /s/ Guillermo G. Zorogastua
        Guillermo G. Zorogastua, #23556
        Polsinelli PC
        900 W 48th Pl, Ste 900
        Kansas City, MO 64112
        Phone: (816) 753-1000
        Fax:    (816) 753-1536
        Attorney for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system this 17th day of June, 2015, to all counsel of record:

        /s/ Ryan D. Knipp
        Ryan D. Knipp, #23225